### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LAKE DEARBORN, LLC, *et al.*, ) | Case No. 13-36813 (JPC) |
| ) | |
| Debtors. ) | Honorable Jacqueline P. Cox |
| ) | |

## ORDER ON THIRD PARTY CITATION TO DISCOVER ASSETS [DKT. NO. 455]

This matter having come before the Court, and the Court having jurisdiction, and being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

In light of the entries of Orders for Relief entered *In re: Garvey Court, LLC*, Case No. 13-1700 [Dkt. No. 34], *In re: Garvey Court Holdings, LLC*, Case No. 16-1697 [Dkt. No.37], and *In re: Bighorn Capital, Inc.*, Case No. 16-1703 [Dkt. No. 34], Judgment Creditor, Hwani, Inc. d/b/a K-Kitchen's Third Party Citation to Discover Assets [Dkt No. 455] served upon Wells Fargo Bank is held in abeyance.

Dated: February 25, 2016

ENTER:

_____
J. Cox
Jacqueline P. Cox
U.S. Bankruptcy Judge

Prepared by:

Robert R. Benjamin, Esq. (ARDC # 0170429)
Beverly A. Berneman, Esq. (ARDC # 06189418)
Matthew P. Bachochin, Esq. (ARDC # 6292153)
GOLAN & CHRISTIE LLP
*Attorneys for the Windy City Tenant Group*
70 West Madison, Suite 1500
Chicago, Illinois 60602
(312) 263-2300

David L. Kane, Esq. (ARDC #6277758)
MELTZER, PURTILL & STELLE LLC
*Attorney for Seedays Tenant Group*
300 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312)-987-9900